**DENY and Opinion Filed September 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00746-CV**

**KENNETH GORDON AND HARDCORE TRUCKING SOLUTIONS LLC,**
**Appellants**
**V.**
**TRUCKING RESOURCES INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02385-2019**

## MEMORANDUM OPINION ON MOTION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Garcia

Appellants have filed a motion asking us to reverse a trial-court order increasing the amount required for appellants to supersede the judgment. *See* TEX. R. APP. P. 24.4. After considering the motion and appellee's response, we conclude that appellants have failed to show that they are entitled to the relief requested.

Accordingly, we **DENY** the motion and affirm the trial court's order.


/Dennise Garcia/
DENNISE GARCIA
PRESIDING JUSTICE

210746NF.P05